UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

Debbie Ann Harris,

Debtor.
-----------------------------------------------------------------x

Chapter 7

Case No. 17-42987-nhl

## <u>ORDER TO SHOW CAUSE</u>

WHEREAS, on June 8, 2017, Debbie Ann Harris (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code (the "Instant Case"); and

WHEREAS, on March 15, 2019, the Debtor filed a request to enter into Loss Mitigation Program with Creditor HSBC Bank USA, N.A. ("HSBC") [ECF No. 48]; and

WHEREAS, on April 16, 2019, the Court entered an Order directing the Debtor and HSBC to participate in the Loss Mitigation Order (the "Loss Mitigation Order") [ECF No. 50]; and

WHEREAS, on May 29, 2019, the Court held a Loss Mitigation Status Hearing (the "May 29th Status Hearing"), at which the Debtor appeared by counsel and there was no appearance by or behalf of HSBC; and

WHEREAS, on June 22, 2019, the Court entered an Order Adjourning Loss Mitigation Status Hearing and directing HSBC to appear by counsel at an adjourned hearing on July 23, 2019 (the "July 23rd Adjourned Status Hearing") and file a contact designation by June 28, 2019 [ECF No. 60]; and

WHEREAS, on July 23, 2019, the Court held the July 23rd Adjourned Status Hearing, at which the Debtor appeared by counsel and there was no appearance by or on behalf of HSBC; and

WHEREAS, on July 30, 2019, the Court entered an Order to Show Cause directing HSBC to appear and show cause as to why HSBC should not be held in contempt for violating this Court's Orders (the "OSC"); and

WHEREAS, on October 2, 2019, the Court held a hearing on the OSC (the "October 2nd Hearing"), at which the Debtor appeared by counsel and there was no appearance on behalf of HSBC; and

WHEREAS, to date, HSBC has not filed a contact designation;

NOW, THEREFORE, upon the record of the October 2nd Hearing, it is hereby

**ORDERED**, that **HSBC** is directed to appear by counsel before this Court on **December 18, 2019 at 11:00 A.M.** at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3577, Brooklyn, NY 11201, and show cause as to why HSBC should not be held in contempt for violating this Court's Orders.



Dated: October 14, 2019
      Brooklyn, New York

Nancy Hershey Lord
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

## Service List

**Debbie Ann Harris**
814 Linden Blvd
Brooklyn, NY 11203

**Denrick Cooper**
207-23 Hillside Ave
Queens Village, NY 11427

**Marianne DeRosa**
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**HSBC Headquarters**
**Attn: President**
**Attn: General Counsel**
452 Fifth Avenue
New York, NY 10018

**HSBC Mortgages, Attention:** Mail stop NOE 1290
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

**HSBC Customer Service Address – HSBC Bank USA, N.A.**
P.O. Box 2013
Buffalo, NY 14240